*Francis A. Devin* for appellant.
*Morway Picket* and *Daniel Secunda* for respondents.

Appeal dismissed, without costs, upon the ground that the order does not finally determine an action or special proceeding within the meaning of the Constitution; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.

In the Matter of THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, Respondent, against LAZARUS JOSEPH, as Comptroller of the City of New York, Appellant.

Argued April 20, 1948; decided May 20, 1948.

*John P. McGrath, Corporation Counsel (Isaac C. Donner* and *Ira Wollison* of counsel), for appellant.

*Ferdinand Tannenbaum, Joseph H. Crown, Joseph Eisner* and *Walter F. Sloan* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.